Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 11, 2021

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MATTHEW RUHMANN SLATER, <br><br> Defendant. | NO. CR21-133 RSL <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
**(Threats Against a Federal Official)**

Starting on or about July 28, 2021, and continuing until on or around July 29, 2021, in King County, within the Western District of Washington, and elsewhere, MATTHEW RUHMANN SLATER did threaten to murder an official whose killing would be a crime under Title 18, United States Code, Section 1114, to wit, Victim 1, an outpatient director employed by the Department of Veterans Affairs, with intent to retaliate against Victim 1 on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

Indictment/Slater - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2
**(Threats Against a Federal Official)**

Starting on or about July 28, 2021, and continuing until on or around July 29, 2021, in King County, within the Western District of Washington, and elsewhere, MATTHEW RUHMANN SLATER did threaten to murder an official whose killing would be a crime under Title 18, United States Code, Section 1114, to wit, Victim 2, an outpatient supervisor employed by the Department of Veterans Affairs, with intent to retaliate against Victim 2 on account of the performance of her official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 3
**(Threats Against a Federal Official)**

Starting on or about July 28, 2021, and continuing until on or around July 29, 2021, in King County, within the Western District of Washington, and elsewhere, MATTHEW RUHMANN SLATER did threaten to murder an official whose killing would be a crime under Title 18, United States Code, Section 1114, to wit, Victim 3, a detective employed by the Department of Veterans Affairs, with intent to retaliate against Victim 3 on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

///
///

## COUNT 4
### (Interstate Threats)

Starting on or about July 28, 2021, and continuing until on or around July 29, 2021, in King County, within the Western District of Washington, and elsewhere, MATTHEW RUHMANN SLATER did knowingly and willfully transmit in interstate and foreign commerce from Washington State to the State of New Mexico, communications, to wit, electronic messages that threatened to injure Victims 1 through 3, employees with the Department of Veterans Affairs.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

DATED: 11 Aug 2021

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

_____
SOK TEA JIANG
Assistant United States Attorney