UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

MATTHEW RUHMANN SLATER,

                  Defendant.

Case No. CR21-133 RSM

DETENTION ORDER

Offenses charged:

      Count 1-3:    Threats Against a Federal Officer, 18 U.S.C. § 115(a)(1)(B)

      Count 4:      Interstate Threats, 18 U.S.C. §§ 875(c)

Date of Detention Hearing: August 19, 2021

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.      There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

      2.      Mr. Slater stipulated to detention.

DETENTION ORDER - 1

3.  Mr. Slater poses a risk of nonappearance due to criminal activity and noncompliance while under supervision, substance abuse history, mental health history, and a lack of employment. Mr. Slater poses a risk of danger due to the nature of the offense, a pattern of similar criminal activity while under supervision, substance abuse history, mental health history, and safety concerns for the community and the victim in this case. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Slater's appearance at future court hearings while addressing the danger to other persons or the community.

4.  Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Slater's as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Mr. Slater shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Mr. Slater shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Slater is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Slater, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 23rd day of August, 2021.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3