Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR20-134RSM |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING TRIAL DATE |
| vs. | ) | AND DEADLINE TO FILE |
| | ) | PRETRIAL MOTIONS |
| MATTHEW RUHMANN SLATER, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This matter comes before the Court on the Agreed Motion to Continue Trial Date and Pretrial Motions Deadline filed by the defendant, MATTHEW SLATER (Dkt #13). Mr. Slater has also filed a speedy trial waiver through March 15, 2022 (Dkt. #14) in order to accommodate the proposed new trial date of February 28, 2022.

Based upon the information presented in the Agreed Motion to Continue the Trial Date and Pretrial Motions Deadline, the Court hereby finds as follows:

1.  Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence.

2.  Failure to grant a continuance would likely result in a miscarriage of justice.

3.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

ORDER CONTINUING TRIAL DATE/PRETRIAL
MOTIONS DEADLINE- 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797

4.      All of these findings are made within the meaning of 18 U.S.C. §

3161(h)(7)(A) and (B)(i), (ii) and (iv).

NOW, THEREFORE IT IS HEREBY ORDERED:

1.      The trial date in this matter is continued to February 28, 2022.

2.      Pretrial motions are due no later than January 21, 2022.

3.      The period of time from the filing date of the Agreed Motion to Continue

Trial Date and Pretrial Motions Deadline until March 15, 2022 shall be excludable time

pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

DATED this 7th day of September, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

s/  Jennifer Horwitz
Counsel for Matthew Ruhmann Slater
LAW OFFICE OF JENNIFER HORWITZ
P.O. Box 70859
Seattle, WA 98127
(206) 799-2797
jennifer@jenniferhorwitzlaw.com
Agreed to By:

 _s/  Sok Jiang (email authorization to sign September 2, 2021)
Sok Jiang
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA  98101-1270
(206) 553-7970
Email:  Sok.Jiang@usdoj.gov

ORDER CONTINUING TRIAL DATE/PRETRIAL
MOTIONS DEADLINE- 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797