The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

UNITED STATES OF AMERICA,              )    Case No.: CR21-00133 RSM
                                       )
        Plaintiff,                 )    ORDER TO SEAL DOCUMENTS
                                       )
   vs.                                 )
                                       )
MATTHEW SLATER,                        )
                                       )
        Defendant.                 )
                                       )
                                       )
_____)

ORDER

       This Court finds that the documents contained in Exhibit A to Defendant Slater's

Disposition Memo are related to communications with treatment providers and are

appropriate for filing under seal.  The government has no objection to the filing of these

documents under seal.

     NOW THEREFORE IT IS HEREBY ORDERED that the documents contained in

Exhibit A to Defendant Slater's Disposition Memorandum SHALL BE FILED UNDER

SEAL.

       Dated this 12th day of September, 2025

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENTS- 1                    LAW OFFICE OF JENNIFER HORWITZ, PLLC
                                                          P.O. BOX 70859
                                                         Seattle, WA  98127
                                                          (206) 799-2797